IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANIEL HARRIS,   Civ. No. 6:23-cv-1644-MK

ORDER

      Plaintiff,

v.

ALLIED UNIVERSAL SECURITY SERVICES,
LP; and G4S SECURE SOLUTIONS (USA) INC.,

      Defendant.
_____

MCSHANE, Judge:

      Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (#18), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, the Court reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). The Court finds no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (#18) is adopted. Defendant's Motion to Compel Arbitration (#11) is GRANTED. This action is DISMISSED. IT IS SO ORDERED.

      DATED this 21st of February, 2024.

                                    /s/ Michael J. McShane
                                    Michael McShane
                                United States District Judge